E-FILED
Thursday, 30 June, 2022 03:51:03 PM
Clerk, U.S. District Court, ILCD

## *Affidavit of fact/truth*

JUN 3 0 2022

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

*I affiant and undersigned el unus per solem bey ex-relation to Brian A. Burnside do duly affirm and*

*make affirmation under oath and under penalty of perjury that the following testimony below is true*

*in both fact and law, and I duly affirm and raise my hand to this by my best knowledge and belief to*

*the facts contained in this claim and the facts of law that, the facts are true and of a factual basis.*

To: UNITED STATES DISTRICT COURT

FOR THE

CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Plaintiff; | ) | |
| El Unus Per Solem Bey direct ex relation | ) | |
| to Brian A. Burnside in propria persona status | ) | Case No. 22-1222 |
| sui juris. | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| Defendant(s); | ) | |
| Terry Muench OF THE TENTH JUDICIAL CIRCUIT COURT | ) | |
| COUNTY OF PEORIA (in official and private capacity), | ) | |
| Katherine Gorman OF THE TENTH JUDICIAL CIRCUIT | ) | |
| COURT COUNTY OF PEORIA (in official and private capacity), | ) | |
| Kevin W. Lyons OF THE TENTH JUDICIAL CIRCUIT COURT | ) | |

COUNTY OF PEORIA (in official and private capacity).

## *Complaint/Claim*

In the united states of the republic jurisdiction, under the united states constitution, 28 U.S.C. 1331, 28 U.S.C. 1343 (3) and 42 u.s.c 1983. Plaintiff is a moor/muur american national. And also according to 42 U.S.C. 1983 (against state, county, or municipal defendants).

## *Parties*

A.) Plaintiff:

Full Name:  El unus per solem bey direct ex relation to Brian A. Burnside in propria persona sui juris in full life moor/muur American National.

Mailing location: C/O 301 East Virginia Avenue Peoria, Illinois [61603].

B.) Defendant(s);

Defendant #1:

Full Name: Kevin W. Lyons (in official and private capacity)

Current Job Title: PROSECUTING JUDGE FOR THE TENTH JUDICIAL CIRCUIT COURT OF PEORIA COUNTY

Current Work Address: 324 North Main Street, Peoria, Illinois 61602

Defendant #2:

Full Name: Terry Muench (in official and private capacity)

Current Job Title: ASSISTANT STATE'S ATTORNEY FOR PEORIA COUNTY TENTH JUDICIAL CIRCUIT COURT

Current Work Address: 324 North Main Street, Peoria, Illinois 61602

Defendant #3:

Full Name: Katherine Gorman (in official and private capacity)

Current Job Title: ACTING CHIEF JUDGE FOR THE TENTH JUDICIAL CIRCUIT COURT OF PEORIA COUNTY

Current Work Address: 324 North Main Street, Peoria, Illinois 61602

## *Litigation History*

A. Yes I have brought another lawsuit in state or federal court dealing with the same facts involved in this case. See case number 22-1126.

B. No, I have never brought any other lawsuits in federal court while incarcerated.

## *Statement Of Claim/Complaint*

Defendant #1; On 12/02/2021 Kevin W. Lyons OF THE TENTH JUDICIAL CIRCUIT COURT OF PEORIA COUNTY fraudulently entered on my behalf that I refused to attend court against my knowledge, will, and consent after notice that I was in custody was given to him thus violating the 4th amendment which guarantees the right to be private and safe in one's person, papers and effects. I was told by (Jail SGT Kimberly Nelson) (Lyons), signed a warrant for my arrest. On 12/09/2021 while in front of (Lyons) I was scheduled for a warrant hearing. (Lyons) called me to speak but when I went to speak and said "I am here by special appearance" (Lyons) told me to "shut up and sit down" then stated that "You're not a lawyer". When I asked (Lyons) did he put a warrant out for my arrest he ignored me. I was then removed against my will by COUNTY OF PEORIA COURT SECURITY GUARDS and back into the custody OF THE

3

COUNTY OF PEORIA JAIL (Lyons) never spoke to me again that day never did he address the matter nor the warrant that day leaving me condemned before being heard, violating my rights secured by the Maxim (Audi Alteram Partem) and my rights protected in the 5th amendment to have a due process of law before persecution or infringement of life, liberty, and property. The hearing was to serve as a first appearance hearing after being arrested on a fictitious warrant. On 12/20/2021 (Lyons) violated my rights and several judicial ethic codes in that (Lyons) knowingly committed double jeopardy. On 12/20/2021 I pointed out to (Lyons) that I had already bonded out in this matter and had not violated any bond conditions and that I wasn't set for court on the matter again until 1/11/22 per judge (Washington) (see included court order from judge Washington ) Also i informed (Lyons) of (Katherine Gorman's) order/bill of indictment in which it stated by (Gorman) I was to be given a notice to appear not (re-arrest). (Lyons) blatantly ignored the evidence and denied my right to be free from double jeopardy. Violating the 5th amendment of the united states constitution and my rights secured therein which it states " No person shall be subject for the same offense to be twice put in jeopardy of life or limb." On 12/20/2021 (Lyons) deprived me of a constitutional right being (the right to life, liberty, and property before a due process of law) by forcing me to stay in jail on excessive bail/bond of $50,000 being that I had already posted bond in this matter on 10/22/2021. Also violating my rights protected by the 8th amendment of the united states constitution, "Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted being this, was a traffic matter involving no harm to anyone or any property." See Stack v. Boyle, 342 U.S. 1 (1951). On 12/20/2021 when I asked (Lyons) for a preliminary hearing (Lyons) denied my request and made remarks saying he's the only one that can make requests of the court. On 12/20/2021 (Lyons) gave (false evidence testimony) as to the false arrest warrant that had me in custody. (Lyons) after I asked him did he put a warrant out for my arrest, stated first that he did not know if he put out a warrant for my arrest. Then (Lyons) stated to me, "What if I did", I did not reply. Then (Lyons) stated "ok, I did", but the warrant signature is not compatible

4

with (Lyons) signature on any of his orders issued to me on 12/20/2021. See proof via several court

orders signed by (Lyons) and fictitious warrant included for proof proving willful and wanton infliction.

(Lyons) clearly saw that there was a fictitious warrant in my hand that he did not sign and by which I was

being held but he still refused/failed to set me free from being twice put in jeopardy of life or limb for

the same offense thus violating the 5th amendment of the united states constitution and my rights

secured therein. On 1/20/2022 (Lyons) stated that the prose-cutor (Muench) was moving on from the

case and that the prose-cutor was lucky. (Lyons) then read from the indictment paper that said I was

supposed to be released and given a notice before the unlawful seizure in this matter that happened on

12/01/2021. (Lyons) then stated, "How did I get this case? I don't know it must have been my lucky day."

Also proof that (Lyons) did not enter arrest warrant) (Lyons ) instead of setting me free still imposed the

bond on me but lowered the cost. On 02/09/2022 and also 03/10/2022 (Lyons) read the DISTRICT

COURT (Judge) orders to me in my lawsuit against members OF THE TENTH JUDICIAL CIRCUIT COURT

COUNTY OF PEORIA, acknowledging he knew of my suit against his circuit proving intentional bias. See

21-1294 Burnside vs. Cusak and refer to court records on 02/09/2022 and 03/10/2022. On 03/09/2022

(Lyons) had judge (Gorman) substitute him. On 03/09/2022 (Gorman) sent me to jail on a $50,000 bond

for failure to appear even though I was present in court when she had me arrested again proving

intentional bias. On 03/14/2022 (Lyons) responded to me presenting by special appearance with "shut

up and sit down, now you will go last." My mother and wife were witnesses to this judicial misconduct

thus violating several judicial ethic codes and my rights protected in the 5th and 14th amendments to the

united states constitution. On 03/14/2022 (Lyons) asked about the video recording in my phone that I

captured on 03/09/2022 of (Gorman) having me arrested for failure to appear, even though I was there

in person, forcing me to pay $50,000 bond which, she had previously ordered in the indictment and

which I was falsely arrested for on 12/01/2021. (Lyons) On 03/14/2022 threatened me in open court

after I was forced to pay the $50,000 bond by stating if you come back here again and say anything

other than what I want to hear I'm going to lock you back up on a $200,000 bond and you'll stay there

until you can bond out so and I quote "scrape it up!". (Lyons) also stated he likes me better while I'm in

jail. (Lyons) violated and deprived me of my rights secured by the 5th, 8th, and 14th amendments of the

united states constitution of the due process clause. See, Stack v. Boyle, 342 U.S. 1 (1951). (Lyons) acted

outside the scope of his official capacity and duties his actions were intentional and deliberate/willful

and wanton disqualifying any chance of immunity.

To be clear based upon the following facts stated I am claiming that Kevin W. Lyons violated the laws

governing the 4th, 5th, 14th, and 8th amendments to the united states constitution and my natural rights

secured and protected therein and any other violations claimed in summary. (Lyons) acted outside of his

official capacity and outside the scope of his authority holding me prisoner against his supervisors

(Gorman) order in the indictment which said I was to be released thus violating the 4th amendment

which guarantees my rights to be free from unreasonable seizures and did so without giving me a due

process knowingly, willfully and intentionally 5th amendment violation to the united states constitution.

Defendant #2; On 11/19/2021 Terry Muench OF THE TENTH JUDICIAL CIRCUIT COURT COUNTY OF

PEORIA filed a indictment against me for aggravated fleeing and eluding. On 11/30/2021 (Muench)

indicted the charge of aggravated fleeing and eluding in front of a GRAND JURY in which it was ordered

by (Gorman) in the indictment that I had been released pending this case and that the CLERK OF THE

COURT was ordered to notify me to appear at the arraignment date per (Katherine Gorman). See bill of

indictment included for evidence. On 12/01/2021 (Muench) received notice that I was in custody and

unlawfully arrested instead of given the notice to appear, which was ordered by (Gorman) but did not

call to have me freed which constitutes a continuing seizure (see jail record included for evidence)

despite the indictment which ordered that I be given notice to appear, the indictment never attaching or

specifying an arrest warrant. On 12/02/2021 an arrest notice was sent to (Muench) and the

PROSECUTOR OFFICE OF THE TENTH JUDICIAL CIRCUIT COURT COUNTY OF PEORIA, again notifying

(Muench) that I was in custody and unlawfully arrested again on the same charge that I previously

posted bond on and that (Gorman) ordered for me to be given a notice to appear on in the bill of

indictment. On and between 12/02/2021 and 01/29/2022 my family (wife, mother, and sister) called

several times and sent several notices to (Muench) that I was unlawfully re-arrested under double

jeopardy in THE COUNTY OF PEORIA JAIL still (Muench) refused to act and at one point somebody from

the prosecutor office threatened to lock my wife up if she had come back down to the office to inquire

about the unlawful seizure. On 12/09/2021 (Muench) was present at court (Muench) was present at

court while I was brought over in custody and still refused to act violating the 5th amendment of the

united states constitution and my rights secured therein to a due process and continuing seizure. On

12/20/2021 (Muench) was present again being made aware that I was in custody being held under false

imprisonment and still failed to act. On 01/20/2022 (Muench) admitted and acknowledged in open court

that he knew that I had already posted bond on the matter in which I was being held again by bond.

(Double jeopardy) (continuing seizure) On 01/20/2022 (Muench) stated that I had previously posted

bond on 10/22/2021 in the amount of 10% of $7,500. (Muench) acknowledged and was present when I

pointed to (Lyons)  the indictment order which stated that, I should have been given a notice to appear

which was entered on 11/30/2021, by (Gorman), which I was arrested for and held on 12/01/2021, not

even a full twenty four (24) hours later after the order was entered to give me a notice to appear by

(Gorman) It should be noted that i was held on a double jeopardy bond in the amount of 10% of $50,000

after previously posting 10% of $7,500 (Muench) after viewing and having direct knowledge of all of the

evidence pointing toward an illegal and unlawful imprisonment/unreasonable seizure he still failed and

refused to act and refused to set me free. (Continuing seizure). See court records on 01/20/2022 where

(Muench) argued with judge (Lyons) to keep me held on bond and going against CHIEF JUDGE (Gorman's)

order which stated I was to be given notice to appear by the CLERK OF THE COURT and also see jail

records that I have included for evidence, proving that (Muench) was knowledgeable of his actions

making him liable and creating the deliberate indifference/willful and wanton actions.  28 u.s.c

1343(a)(2) allows damages to be recovered from any person who fails to prevent or aid in preventing any

wrongs mentioned in section 1985 of title 42 which he had knowledge, were about to occur, and power

to prevent. (Muench) intentionally deprived me of life, liberty, property before a due process of law, thus

violating the laws governing the 5th amendment of the united states constitution due process clause and

my rights secured therein, also violating rights secured from infringement of life, liberty, property before

a due process. It should be noted that I was forced to stay in THE COUNTY OF PEORIA JAIL from

12/01/2021 to 01/29/2022 until I could post the bond again for the same charge/offense that I had

previously posted bond for on 10/22/2021, that I was supposed to be given a notice to appear for per

the CHIEF JUDGE (Gorman) indictment order.

To be clear based upon the following facts stated I am claiming that Terry Muench violated the laws

governing the 4th,  5th,  and 14th amendments to the united states constitution and my natural rights

secured and protected therein and any other violations claimed in summary. Muench violated my rights

protected by the 4th and 5th amendments to be free from unreasonable seizure before a due process of

law by failure to act and or report the unlawful re-arrest with knowledge, knowingly, intentionally,

willfully, and maliciously.

Defendant #3; On 11/30/2021 Katherine Gorman OF THE TENTH JUDICIAL CIRCUIT COURT OF THE

COUNTY OF PEORIA signed/executed a bill of indictment stating that I was to be given notice to appear

at arraignment date by THE CLERK OF THE COURT, in which (Gorman) attached a bond amount of

8

$50,000, 10% if I failed to appear. See Stack v. Boyle, 342 U.S. 1 (1951). On 12/01/2021 instead of

receiving that notice I was re-arrested and held on the indictment and bond amount for the same

offense I already posted bond for and I did not miss court or violate any bond conditions. On 03/09/2022

(Gorman) substituted herself for (Lyons) in the matter that was to be before (Lyons) and upon me

entering the court by special appearance and after (Gorman) called me up to the bar (Gorman) asked if I

was BRIAN ARMOND BURNSIDE, I stated that I am el unus per solem bey direct ex-relation to BRIAN

ARMOND BURNSIDE. (Gorman) then stated ok well since you are not BRIAN ARMOND BURNSIDE we will

enter a warrant for his arrest at 11:01 am CST. I then re-informed (Gorman) of my status change and

correction, which took place and was executed by THE TENTH JUDICIAL CIRCUIT COURT OF PEORIA

COUNTY JUDGE (Albert Purham) on 09/28/2021, also informing (Gorman) of my right to religion and

faith protected under the 1st amendment of the united states constitution, being my appellation (el unus

per solem bey) is apart of my Islamic faith. (Gorman) stated that I am not acknowledging you as such. I

informed (Gorman) that if she was in fact insisting that I am not who she is wanting to appear for this

matter then I should be free to go and if I am not the person who she is issuing a warrant for then I shall

not be detained for the party.  (Gorman) responded, "We'll see", then  (Gorman) told me I was free to

leave. When I tried to leave I was blocked by (Gorman's) COURT SECURITY OF THE TENTH JUDICIAL

CIRCUIT COURT COUNTY OF PEORIA (Herrin) who stated Gorman wanted me to stay. Shortly a few

minutes later (Gorman) ordered several of her COURT SECURITY OFFICERS OF THE TENTH JUDICIAL

CIRCUIT COURT COUNTY OF PEORIA to arrest me in the courtroom for a failure to appear in court

warrant even though I was standing right there in front of her and executed the $50,000 bond that she

signed in the indictment on 11/30/2021. (Gorman) ordered me to be arrested there in open court for a

FAILURE TO APPEAR WARRANT even though I was present. This incident was captured on camera which I

have for proof. Thus acting outside of her official capacity and violating my rights protected by the 4th

amendment of the united states constitution from unreasonable seizures and thus violating my rights to

9

a due process of law before infringement of life, liberty, or property protected in the 5th amendment of

the united states constitution. It should be noted this was my 3rd time being forced to jail and held to

bond on this offense (10/22/2021, 12/01/2021, and 03/09/2022) and at the time a plea of guilty or not

guilty still was never entered in the matter neither was there ever any evidence to say I committed the

offense. My wife was present and captured this incident on her cellular device via video recording.

Please see recording. It should be noted that (Gorman) is very familiar with me because she was my

judge in my juvenile proceedings in relation to my three (3) biological daughters being kidnapped for

which I filed a lawsuit in THE DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS on (Gorman) for

on 10/19/2021. See case number 1:21-1294 for lawsuit i filed on (Gorman) prior to this incident. Proving

retaliation/willful and wanton actions. I was forced to stay in THE COUNTY OF PEORIA JAIL until I was

able to post $50,000, 10% bond. It should be noted that prior to this incident before (Lyons) had

(Gorman) substitute that (Lyons) had previously admitted several times on court record that he had

knowledge of my lawsuit filed against (Gorman) and other member's of his circuit by repeating  the

judgment's entered in the lawsuit on record in open court by DISTRICT COURT FOR THE CENTRAL

DISTRICT OF ILLINOIS JUDGE (Shadid). Also on 03/09/2022 (Gorman) can be seen via video stating that

she is also familiar with all of my theories laid out in my lawsuit against her by judge (Shadid) court

orders proof that her actions was retaliatory. On 03/09/2022 (Gorman) after getting knowledge that I

recorded her and before having me taken into custody of THE COUNTY OF PEORIA JAIL ordered her

COURT SECURITY OFFICER OF THE TENTH JUDICIAL CIRCUIT COURT COUNTY OF PEORIA to take my

cellular phone away from me and demanded that I delete the video of her violating me before I could

get my property back. Thus violating the 4th amendment of the united states constitution and my rights

protected therein from unreasonable invasion of property and unreasonable seizure of property and

violating the 5th and  the 14th amendment of the united states constitution which secures equal

protection of rights and due process before infringement of life, liberty, and property . I was told by

(Herrin) that if I did not delete the video I would never see my phone again per (Gorman). On

03/14/2022 while in court back in front of (Lyons), (Lyons) asked me did the video get deleted from my

phone. Proving the officials knew their actions was direct violations to my rights.

To be clear based upon the following facts stated I am claiming that Katherine Gorman violated the laws

governing the 4th, 5th, 14th, and 8th amendments to the united states constitution and my natural rights

secured and protected therein and any other violations claimed in summary.

## Supplemental Report of Claim

 I plaintiff duly affirm under oath and penalty of perjury the following is a true testimony and claim of

factual basis that I was illegally and unlawfully placed under a false arrest and unreasonably seizure for

up to sixty (60) days in THE COUNTY OF PEORIA JAIL from 12/01/2021 until 01/29/2022 and forced to

pay bail twice for one offense that I had previously posted bail for on 10/22/2021 (double jeopardy). I

was placed under the unlawful arrest despite the court order/bill of indictment signed by CHIEF JUDGE

(Katherine Gorman) that said I was released pending the case and that I was to be given a notice to

appear at the arraignment date. Everyone was made knowledgeable including the arresting officers, the

sheriff, jail officials, the prosecuting attorney, and even the perpetrating judge's. Despite this knowledge

the officials failed to act and or report. The judge's also upheld the unlawful unreasonable seizure and

arrest and violated several rights and on several occasions committed fraud by falsifying evidence and

claims against me. While in the COUNTY OF PEORIA JAIL, I was forced to sleep on the concrete ground

for up to twenty-three (23) days with no mattress or blanket and went under several methods of torture

including; being left handcuffed behind my back to a wall post for several extending hours without relief

and being placed in a full strap down chair, handcuffed and bound by my hands and feet while also being

11

left for several extending hours without any form of relief while being mocked and tormented by jail

official staff members. On one occasion I was beaten and battered by jail officials while in full restraint

chair with no way to defend the attack. The following acts violated many of my unalienable natural rights

protected and secured in the united states constitution; to include but not limited to the 5th and 14th

amendment- infringement of life, liberty, property, and the pursuit of happiness before a due process of

law equal protection. The 4th amendment- which protects the rights to be free in one's privacy and to be

free from unreasonable search and seizure and excessive force . The 8th amendment- which protects

against cruel and unusual punishments and the laws that protects against double jeopardy and excessive

bails. Also the 11th amendment- which protects against inhumane punishments and inhumane

treatment. It should be noted that I do believe that the actions done against me is a direct retaliation

due to the lawsuit that I filed against THE JUDGES, PROSECUTORS, AND SHERIFF OF THE COUNTY OF

PEORIA based off the several unlawful, unwarranted arrest/harassment that was placed upon me and

the back and forth disputes between me and the parties in the weeks and months leading up to this

incident in which I have video recordings of ; including three (3) unlawful arrests that took place while

trying to retrieve transcripts from THE CIRCUIT CLERK'S OFFICE, which would also constitute a 1st

amendment violation to my natural rights and the rights and laws that protect from retaliation due to a

petitioning of grievances. Also evidenced in the following actions of the defendants with dates and times

already stated:.....

The following defendants before listed violated plaintiff's rights as follows;

1.) Arrested or seized plaintiff without probable cause or without plaintiff committing any crime.

2.) Searched plaintiff or his property without a warrant or reasonable cause.

3.) Failed to intervene to protect plaintiff from violation of rights by one or more defendants.

4.) Conspired together to violate one or more of plaintiff's rights.

5.) Knowingly used a fictitious/frivolous warrant to commit the unreasonable imprisonment of plaintiff.

6.) Defendants acted knowingly, intentionally, willfully, and maliciously creating the deliberate indifference/willful and wanton actions to cause harm to plaintiff.

7.) As a result of defendants conduct plaintiff suffered bruising, cuts/lacerations, mental depression, mental anguish, emotional distress including; anxiety and PTSD. Plaintiff is now experiencing problems with walking and blood circulation due to being handcuffed very tightly at my wrists and feet and being left for several hours which I have been to the doctor for and have follow up appointments. I also experience excruciating back pain including pinched nerves and trouble sleeping due to being left in the full strap down/suicide chair and left for several hours with no relief. Affiant is also experiencing extreme migraine headaches when making contact with light due to being punched by guards while fully restrained also affiant now experiences lightheaded and random dizzy spells which causes my vision to blur, which I have been to the doctor for and have another follow appointment on 05/19/2022. Plaintiff also has experienced a loss of enjoyment of life due to the deprivation of my rights/unlawful kidnapping and being left to sleep on the concrete ground for three (3) weeks straight while being tortured and tormented by jail staff in which after release from the jail  affiant has been experiencing extreme periods of depression. In some occasions affiant has had suicidal thoughts due to the inhumane treatment and suffering endured while kidnapped inflicted by individuals named previously in suit.

8.) Plaintiff was not charged with any crime in relation to this incident.

## *Bill of Relief*

13

Plaintiff is claiming (bodily harm),(emotional harm),(pain and suffering),(loss of enjoyment of

life),(property damage),and (loss of unrecoverable time) I am seeking both compensatory damages and

and punitive damages in the following amounts;

For the actions of Katherine Gorman in which she ordered me to be arrested for FAILURE TO APPEAR

even though I was present and standing right in front of her I am demanding ninety million dollars

($90,000,000) in United States federal reserve notes be paid to me on behalf of (Gorman) and her

CORPORATION.

For the actions of Terry Muench in which he caused me to be unlawfully imprisoned for sixty (60) days in

the PEORIA COUNTY JAIL by deliberately refusing  failing to act or report I am demanding fifty million

dollars ($50,000,000) in United States federal reserve notes be paid to me on behalf of (Muench) and his

CORPORATION.

For the actions of Kevin W. Lyons in which he helped falsify evidence by reporting that he put a

WARRANT out for my arrest and in which he caused me to be unlawfully imprisoned for sixty (60) days I

am demanding ninety million dollars ($90,000,000) in United States federal reserve notes be paid to me

on behalf of (Lyons) and his CORPORATION.

Total money damages equals the amount of two hundred and twenty- three million dollars

($223,000,000) in United States federal reserve notes be paid to me on behalf of (Gorman, Muench, and

Lyons) and their CORPORATION.

14

In addition to the compensatory and punitive damages affiant is also seeking injunctive relief, being a restraining orders on the defendants Katherine Gorman, Terry Muench, and Kevin W. Lyons of THE TENTH JUDICIAL CIRCUIT COURT OF ILLINOIS PEORIA COUNTY for the ongoing threats, harassment, and attacks that have been imposed upon me for the last several months now and also for the fear of safety I have for my own life at this point of more retaliation and to prevent any such actions from occurrence.

## *Jury Demand*

Yes I demand a jury trial in this matter/claim. Without prejudice all rights reserved U.C.C. 1-308

An unrebutted affidavit on a point by point basis stands as fact by acquiescence, common law, and Maxim of law as well as contract.

Upon my inherited nobility and upon my private original/indigenous proper person status and upon my corporate liabilities, I pledge this to be my duly affirmed truth under oath and penalty of perjury. I pledge this to my moorish american/moabite nation/Empire State of Morocco under the five (5) highest points of light known to man being; love, truth, peace, freedom, and justice. I am the original/indigenous of amexem/al-Morocco/America/ancestral estates at all times. I am el unus per solem bey direct ex-relation to Brian A. Burnside, in capitis diminutio nolo, in red ink, in proprio solo, in proprio heredes, in propria persona status sui juris, full life, a natural private person and not a 14th amendment corporation person. I am a moorish american national reserving all of my unalienable rights secured/protected by the united states constitution and all peace treaties including the treaty of peace and friendship. Being that I am competent "sui juris" with my autograph this will become my affirmed truth to all the contents said in this claim, nunc pro tunc, under oath and penalty of perjury and to my best knowledge and belief based on the facts and the facts of law.

15

I am, *Unusperselenbuy*                                    Date: 6/30/2022

Without prejudice, all rights and liberties reserved U.C.C. 1-308.



## Witness:

Name/appellation: *Nicole Burnside*                        Date: 06/30/2022

Without prejudice, all rights and liberties reserved U.C.C. 1-308.

## Plaintiff contact information;

Daytime phone number: (309) 981-7276

Mailing location: c/o moorish american science temple 301 East Virginia Avenue Peoria, Illinois [61603]

E-mail: indianguy110@gmail.com